UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL C. HARRISON, )
        Plaintiff, )
 ) **JUDGMENT IN A CIVIL CASE**
v. )
 ) **CASE NO. 5:15-CV-594-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 22] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 14] is DENIED, defendant's motion for judgment on the pleadings [D.E. 16] is GRANTED, defendant's final decision is affirmed, and this action is DISMISSED.

**This Judgment Filed and Entered on February 3, 2017, and Copies To:**
Jonathan Howell Winstead       (via CM/ECF electronic notification)
Cassia W. Parson       (via CM/ECF electronic notification)

DATE:       JULIE RICHARDS JOHNSTON, CLERK
February 3, 2017       (By) /s/ Nicole Briggeman
      Deputy Clerk